United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 15-10141-amc
James E. Adams, Jr.                                                                 Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Jan 24, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
db              +James E. Adams, Jr.,    249 Madison Street,    Bristol, PA 19007-4222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. KMcDonald@blankrome.com
        REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        STANTON M. LACKS    on behalf of Debtor James E. Adams, Jr. blackslaw@comcast.net,
          lackssr67746@notify.bestcase.com
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Adams Jr. | CHAPTER 13 |
| _Debtor_ | |
| BANK OF AMERICA, N.A. | |
| _Movant_ | |
| vs. | NO. 15-10141 AMC |
| James E. Adams Jr. | |
| _Debtor_ | |
| AnnMarie Angelini | 11 U.S.C. Sections 362 and 1301 |
| _Co-Debtor_ | |
| William C. Miller Esq. | |
| _Trustee_ | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The Debtor is to obtain a loan modification within ninety (90) days of the filing date of this Stipulation in regards to the property address of 249 Madison Street, Bristol, Pennsylvania, 19007.

2.    If Debtor fails to produce a notice of a loan modification approval within ninety (90) days of the filing of this Stipulation, the Movant may file a Certification of Default with the Courts and the Courts shall enter an Order granting the Movant immediate relief from the automatic stay, under which the stay provided by Bankruptcy Rule 4001(a)(3) is waived.

3.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived with respect to any Court Order approving of this stipulation and/or ordering relief per the terms agreed upon herein.

4.    If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

5.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

6.    The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage, loan, and applicable law.

7.    The parties agree that a facsimile signature shall be considered an original signature.

Date:    January 11, 2018

By: /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.

Date:_____

Stanton M. Lacks, Esquire
Attorney for Debtor(s)

Date:  1-16-18

William C. Miller    JACK MILLER    No objection
Chapter 13 Trustee

Approved by the Court this 24th day of ___January___, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan