Certificate Number: 01267-PAE-DE-031252040

Bankruptcy Case Number: 15-10141



01267-PAE-DE-031252040

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 28, 2018, at 8:13 o'clock PM EDT, James E Adams Jr. completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 28, 2018          By:    /s/Joji Varghese

                              Name:  Joji Varghese

                              Title: Counselor