**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: James E. Adams Jr. | | CHAPTER 13 |
| Debtor(s) | | |
| BANK OF AMERICA, N.A. | Movant | |
| vs. | | NO. 15-10141 AMC |
| James E. Adams Jr. | Debtor(s) | |
| William C. Miller Esq. | Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this 28th day of August, 2018 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on May 21, 2018 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

Ashely M. Chan
United States Bankruptcy Judge.

cc: See attached service list

James E. Adams Jr.
249 Madison Street
Bristol, PA 19007

Stanton M. Lacks Esq.
Lacks and Associates
3220 Tillman Drive, Suite 114
Bensalem, PA 19020

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532