United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-10141-amc
James E. Adams, Jr.                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD           Page 1 of 1              Date Rcvd: Aug 28, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
db            +James E. Adams, Jr.,    249 Madison Street,    Bristol, PA 19007-4222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
              ADAM  YANOFF    on behalf of Debtor James E. Adams, Jr. yanofflegal@gmail.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              STANTON M. LACKS    on behalf of Debtor James E. Adams, Jr. blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: James E. Adams Jr. | | |
| Debtor(s) | | CHAPTER 13 |
| BANK OF AMERICA, N.A. | | |
| Movant | | |
| vs. | | NO. 15-10141 AMC |
| James E. Adams Jr. | | |
| Debtor(s) | | |
| William C. Miller Esq. | | |
| Trustee | | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this 28th day of August, 2018 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on May 21, 2018 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

Ashely M. Chan
United States Bankruptcy Judge.

cc: See attached service list

James E. Adams Jr.
249 Madison Street
Bristol, PA 19007

Stanton M. Lacks Esq.
Lacks and Associates
3220 Tillman Drive, Suite 114
Bensalem, PA 19020

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532