**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : CHAPTER 13

      JAMES E. ADAMS, JR.                  :

                                        :

                       Debtor    : BANKRUPTCY NO. 15-10141AMC

**ORDER**

**AND NOW**, this _____9th_____ day of __October_____, 2018, upon consideration of the Motion to Modify Plan and Proposed Modified Plan by the Chapter 13 standing trustee, and any answer filed thereto, and after notice and a hearing, it is

**ORDERED,** that the confirmed plan is hereby modified as set forth in the proposed Modified Chapter 13 Plan.

BY THE COURT

_____
Honorable Ashely M. Chan
Bankruptcy Judge

cc:

James E. Adams, Jr.
249 Madison Street
Bristol, PA 19007

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
801 Market Street, Suite 500
Philadelphia, PA  19106
Attorney for Bank of America, N.A.

Bank of America, N.A.
Attn: Bankruptcy Department
P.O. Box 5170
Simi Valley, CA 93062

U.S. Department of Housing and Urban Development
451 7th Street S.W.
Washington, DC 20410