United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-10141-amc
James E. Adams, Jr.                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 1              Date Rcvd: Oct 10, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db              +James E. Adams, Jr.,    249 Madison Street,    Bristol, PA 19007-4222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              ADAM  YANOFF    on behalf of Debtor James E. Adams, Jr. yanofflegal@gmail.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              STANTON M. LACKS    on behalf of Debtor James E. Adams, Jr. blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
    JAMES E. ADAMS, JR. :
                                       Debtor : BANKRUPTCY NO. 15-10141AMC

**ORDER**

**AND NOW,** this __9th__ day of __October__, 2018, upon consideration of the Motion to Modify Plan and Proposed Modified Plan by the Chapter 13 standing trustee, and any answer filed thereto, and after notice and a hearing, it is

**ORDERED,** that the confirmed plan is hereby modified as set forth in the proposed Modified Chapter 13 Plan.

BY THE COURT

_____
Honorable Ashely M. Chan
Bankruptcy Judge

cc:

James E. Adams, Jr.
249 Madison Street
Bristol, PA 19007

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
801 Market Street, Suite 500
Philadelphia, PA  19106
Attorney for Bank of America, N.A.

Bank of America, N.A.
Attn: Bankruptcy Department
P.O. Box 5170
Simi Valley, CA 93062

U.S. Department of Housing and Urban Development
451 7th Street S.W.
Washington, DC 20410