United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James E. Adams, Jr.  
    Debtor

Case No. 15-10141-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Oct 16, 2018  
                    Form ID: 138NEW    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.

```
db         +James E. Adams, Jr.,    249 Madison Street,    Bristol, PA 19007-4222
cr         +BANK OF AMERICA, N.A.,    P.O. Box 5170,    SIMI VALLEY, CA 93062-5170
13453603   +BAC Home Loans,    Bank Of America,    7105 Corporate Drive,    Plana, TX 75024-4100
13541799   +BANK OF AMERICA, N.A.,    Attn: Bankruptcy Department,    P.O. Box 5170,
             Simi Valley, CA 93062-5170
13453604   +Bristol Borough Water & Sewer Authority,    250 Pond St,    Bristol, PA 19007-4937
13453605   +KLM Law Group,    Mellon Independence Center,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13453606   +LHR, Inc,    Assignee For First Nat;L Bank Of Omaha,    56 Main Street,    Hamburg, NY 14075-4905
13453607   +Pyod, LLC/Roundup Funding,    Resurgent Capital,    P.O. Box 19008,    Greenville, PA 29602-9008
13464575   +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
             Washington, DC 20410-0002
13453608   +US Department Of HUD,    C/O Deval LLC,    1255 Corporate Drive #300,    Irving, TX 75038-2585
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:57      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:42:55
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2018 02:43:23      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:

```
          ADAM  YANOFF    on behalf of Debtor James E. Adams, Jr. yanofflegal@gmail.com
          ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          STANTON M. LACKS    on behalf of Debtor James E. Adams, Jr. blackslaw@comcast.net,
           lackssr67746@notify.bestcase.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: James E. Adams, Jr.

    Debtor(s)

Bankruptcy No: 15−10141−amc

Chapter: 13

---

## *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/16/18

51 − 50
Form 138_new