United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-10141-amc
James E. Adams, Jr.                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Mar 21, 2019
                              Form ID: 206            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
```
db         +James E. Adams, Jr.,    249 Madison Street,    Bristol, PA 19007-4222
cr         +BANK OF AMERICA, N.A.,    P.O. Box 5170,    SIMI VALLEY, CA 93062-5170
13453603   +BAC Home Loans,   Bank Of America,    7105 Corporate Drive,    Plana, TX 75024-4100
13541799   +BANK OF AMERICA, N.A.,    Attn: Bankruptcy Department,    P.O. Box 5170,
             Simi Valley, CA 93062-5170
13453604   +Bristol Borough Water & Sewer Authority,    250 Pond St,    Bristol, PA 19007-4937
13453605   +KLM Law Group,    Mellon Independence Center,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13453606   +LHR, Inc,    Assignee For First Nat;L Bank Of Omaha,    56 Main Street,    Hamburg, NY 14075-4905
13453607   +Pyod, LLC/Roundup Funding,    Resurgent Capital,    P.O. Box 19008,    Greenville, PA 29602-9008
13464575   +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
             Washington, DC 20410-0002
13453608   +US Department Of HUD,    C/O Deval LLC,    1255 Corporate Drive #300,    Irving, TX 75038-2585
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Mar 22 2019 03:02:01    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 03:01:41
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 22 2019 03:01:53    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:
```
              ADAM  YANOFF    on behalf of Debtor James E. Adams, Jr. yanofflegal@gmail.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              STANTON M. LACKS    on behalf of Debtor James E. Adams, Jr. blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James E. Adams, Jr.                                                                                        Case No: 15−10141−amc

    Debtor(s)

___

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 3/21/19

For The Court

Timothy B. McGrath
Clerk of Court

57
Form 206